IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: DESSIA CRUZ     )
   **Debtor(s)**    )  CHAPTER 13
          )
CREDIT ACCEPTANCE CORPORATION )  CASE NO. 18-10721 (ELF)
   **Moving Party**   )
          )  HEARING DATE: **5-1-18 at 9:30 AM**
          )
   v.       )
          )  11 U.S.C. 362
DESSIA CRUZ      )
   **Respondent(s)**   )
          )
WILLIAM C. MILLER    )
   **Trustee**     )
          )

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

  Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code
section 362(d) for relief from the automatic stay as to certain personal property as
hereinafter set forth, and for good cause shown;

 **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is
modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's
in rem rights in the personal property described as a **2008 Saturn Outlook** bearing
vehicle identification number 5GZEV13708J195978 to the extent and in the manner
provided by any applicable contract documents and non-bankruptcy law.

  **Order entered by default.**

Dated: 5/1/18

_____

   **ERIC L. FRANK**
   **U.S. BANKRUPTCY JUDGE**