United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dessia Cruz  
     Debtor

Case No. 18-10721-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: May 02, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2018.  
db            +Dessia Cruz,    1621 Wakeling Street,    Philadelphia, PA 19124-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2018 at the address(es) listed below:  
        BRAD J. SADEK    on behalf of Debtor Dessia  Cruz brad@sadeklaw.com,   bradsadek@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency  
         bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation  
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: DESSIA CRUZ )<br>**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** )<br> )<br>v. )<br> )<br>DESSIA CRUZ )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br>_____ ) | CHAPTER 13<br><br>CASE NO. 18-10721 (ELF)<br><br>HEARING DATE: **5-1-18 at 9:30 AM**<br><br><br>11 U.S.C. 362 |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2008 Saturn Outlook** bearing vehicle identification number 5GZEV13708J195978 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated: 5/1/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**