# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 18-10721-ELF

DESSIA CRUZ

1621 WAKELING STEET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DESSIA CRUZ

    1621 WAKELING STEET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                                /S/ William C. Miller

Date: 5/29/2018                                  _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee