**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Dessia Cruz | : | |
| | : | |
| | : | Case No.: 18-10721 ELF |
| | : | |
| Debtor(s) | : | Chapter 13 |

## AMENDED CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on May 24, 2018, a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested and affected parties, the Trustee and all affected creditors per the address provided on their Proof of Claims.

Very Truly Yours,

June 27 2018    */s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire