United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dessia Cruz  
    Debtor

Case No. 18-10721-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 03, 2019  
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14050517      +E-mail/Text: bankruptcy@consumerportfolio.com Jan 04 2019 02:37:52     Consumer Portfolio Svc,  
         Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071  
                                                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2019 at the address(es) listed below:

        BRAD J. SADEK    on behalf of Debtor Dessia  Cruz brad@sadeklaw.com,  bradsadek@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency  bkgroup@kmllawgroup.com  
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation  ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10721-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dessia Cruz
1621 Wakeling Street
Philadelphia PA 19124

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/02/2019.

Name and Address of Alleged Transferor(s):

Claim No. 4: Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/05/19

Tim McGrath
**CLERK OF THE COURT**