United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10721-elf
Dessia Cruz                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Mar 19, 2019
                             Form ID: 210U           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db              +Dessia Cruz,   1621 Wakeling Street,   Philadelphia, PA 19124-2732
cr              +Credit Acceptance Corporation,   25505 West 12 Mile Road,   Suite 3000,
                 Southfield, MI 48034-8331
14050936        +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
14050518        +Credit Acceptance Co.,   P.O. Box 513,   Southfield, MI 48037-0513
14050519        +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
14050520        +Fmc-omaha Service Ct,   Po Box Box 542000,   Omaha, NE 68154-8000
14102422        +Ford Motor Credit Company LLC,   Burron Neil & Associates, P.C.,   1060 Andrew Drive, Suite 170,
                 West Chester, PA 19380-5601
14050521        +KML Law Group P.C.,   Suite 5000- BNY Independance Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14102421        +Lloyd S Markind,   1060 Andrew Drive, Suit 170,   West Chester, PA 19380-5601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Mar 20 2019 02:16:55    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2019 02:16:41
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 20 2019 02:16:52    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14169740         E-mail/Text: megan.harper@phila.gov Mar 20 2019 02:16:55    City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14050517        +E-mail/Text: bankruptcy@consumerportfolio.com Mar 20 2019 02:16:50    Consumer Portfolio Svc,
                 Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
14253310         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 20 2019 02:16:51    JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,   St Cloud MN 56302
14050522        +E-mail/Text: blegal@phfa.org Mar 20 2019 02:16:48    PA Housing Finance Agency,   PO Box 8029,
                 Harrisburg, PA  17105-8029
14082557        +E-mail/Text: blegal@phfa.org Mar 20 2019 02:16:48    PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,   Harrisburg, PA 17101-1406
14050523         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 02:24:33
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14055203         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 02:24:11
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14050525        +E-mail/Text: bankruptcy@sw-credit.com Mar 20 2019 02:16:48    Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
                                                                              TOTAL: 11


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO Box 7999,
                 St Cloud, MN  56302-9617)
14050524*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
14050526       ##+Tate & Kirlin Assoc,   2810 Southhampton Rd,   Philadelphia, PA 19154-1207
                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Mar 19, 2019
                             Form ID: 210U            Total Noticed: 20

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Dessia  Cruz brad@sadeklaw.com,  bradsadek@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                              TOTAL: 6

Case 18-10721-elf    Doc 63    Filed 03/21/19    Entered 03/22/19 01:03:26    Desc Imaged
Certificate of Notice    Page 3 of 3


*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dessia Cruz                                                Case No: 18–10721–elf

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.


For The Court

Dated: 3/19/19

Timothy B. McGrath
Clerk of Court