United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10721-elf
Dessia Cruz                                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv          Page 1 of 2           Date Rcvd: Jul 03, 2019
                           Form ID: 318        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
```
db              +Dessia Cruz,   1621 Wakeling Street,   Philadelphia, PA 19124-2732
14050936        +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
14050518        +Credit Acceptance Co.,   P.O. Box 513,   Southfield, MI 48037-0513
14050519        +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
14050520        +Fmc-omaha Service Ct,   Po Box Box 542000,   Omaha, NE 68154-8000
14102422        +Ford Motor Credit Company LLC,   Burron Neil & Associates, P.C.,   1060 Andrew Drive, Suite 170,
                 West Chester, PA 19380-5601
14050521        +KML Law Group P.C.,   Suite 5000- BNY Independance Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14102421        +Lloyd S Markind,   1060 Andrew Drive, Suit 170,   West Chester, PA 19380-5601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCB1CNOTICE1@state.pa.us Jul 04 2019 03:04:29
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 04 2019 03:04:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14169740         E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:00     City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14050517        +E-mail/Text: bankruptcy@consumerportfolio.com Jul 04 2019 03:04:50     Consumer Portfolio Svc,
                 Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
14253310         EDI: JEFFERSONCAP.COM Jul 04 2019 06:53:00     JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
                 St Cloud MN 56302
14050522        +E-mail/Text: blegal@phfa.org Jul 04 2019 03:04:46     PA Housing Finance Agency,   PO Box 8029,
                 Harrisburg, PA 17105-8029
14082557        +E-mail/Text: blegal@phfa.org Jul 04 2019 03:04:46     PENNSYLVANIA FINANCE AGENCY,
                 211 North Front Street,   Harrisburg, PA 17101-1406
14050523         EDI: PRA.COM Jul 04 2019 06:53:00     Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14055203         EDI: PRA.COM Jul 04 2019 06:53:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
14050525        +EDI: SWCR.COM Jul 04 2019 06:53:00     Southwest Credit Systems,   4120 International Parkway,
                 Suite 1100,   Carrollton, TX 75007-1958
                                                                                       TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14050524*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO Box 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
14050526        ##+Tate & Kirlin Assoc,   2810 Southhampton Rd,   Philadelphia, PA 19154-1207
                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2019                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: dlv              Page 2 of 2           Date Rcvd: Jul 03, 2019
                              Form ID: 318            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor Dessia   Cruz brad@sadeklaw.com,  bradsadek@gmail.com
          GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                   TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dessia Cruz** | Social Security number or ITIN   **xxx–xx–0860** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **18–10721–elf** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dessia Cruz

<u>7/3/19</u>

**By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---